UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Roger Difate | C.A. 08-293ML |
| Frances Shirley | C.A. 08-294ML |
| Bradley A. Taylor | C.A. 08-295ML |
| Melissa Mobley | C.A. 08-296ML |

V.

Davol, Inc.
C.R. Bard, Inc.

**ORDER**

The above cases are related to those cases that comprise the In Re: Kugel Mesh Hernia Patch Litigation, MDL Case No. 07-1842ML. These cases are therefore consolidated for pretrial purposes with MDL Case No. 07-1842ML, and all further proceedings shall be governed by the provisions of Practice and Procedure Order Numbers 1-12 as well as any additional Practice and Procedure Orders entered by the Court in the future.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
August 5 , 2008